[No. 65513-2-I. Division One. December 20, 2010.]

*In the Matter of the Detention of* BRIAN ORMSBY.

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ORMSBY, *Appellant*.

 *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 65741-1-I. Division One. December 20, 2010.]

THE SEATTLE HOUSING AUTHORITY, *Respondent*, v. SHAUNTA POWELL, *Appellant*.

 *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 38365-9-II. Division Two. December 21, 2010.]

*In the Matter of the Personal Restraint of* KURTIS WILLIAM MONSCHKE, *Petitioner*.

 *Denied* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ. 

[No. 39240-2-II. Division Two. December 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON C. GERMAN, *Appellant*.

 *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.